
# THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Dependency of:    )     No. 77304-6-I
   )     (Consolidated with No. 77305-4-I)
D.M.M. (DOB: 2/27/08) and    )
P.M. (DOB: 9/7/02),    )     DIVISION ONE
   )
                Minor Children.    )
   )
STATE OF WASHINGTON,    )     UNPUBLISHED OPINION
DEPARTMENT OF SOCIAL AND    )
HEALTH SERVICES,    )
   )
                Respondent,    )
   )
         v.    )
   )
D.M. and R.M.,    )
   )
                Appellants.    )     FILED: March 12, 2018

PER CURIAM – The parties to this appeal have filed a Joint Motion to Grant Appeal, Reverse, and Remand for Further Proceedings. Respondent State of Washington, Department of Social and Health Services (Department), concedes that the termination petitions failed to provide either parent with constitutionally sufficient notice of the alleged parental deficiencies that formed the basis for the trial court's termination of their parental rights. See In re Dependency of A.M.M., 182 Wn. App. 776, 332 P.3d 500 (2014). The Department also concedes that the evidence was insufficient to support the termination findings related to RCW 13.34.180(1)(d) and (e).

We accept the Department's concessions. Accordingly, we reverse both termination orders and remand for further proceedings.

Reversed and remanded.

For the Court:

_Mann, J._

_Appelwick, J._

_Leach, J._